UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   ::
ROBERT CARROLL,                                                    :     04 CV 4446 (ARR)
                                                                   :
                              Plaintiff,                           :     <u>NOT FOR</u>
                                                                   :     <u>PUBLICATION</u>
     -against-                                                     :
                                                                   :     <u>OPINION AND ORDER</u>
CERTIFIED MOVING & STORAGE CO., LLC,                               :
                                                                   :
                              Defendant.                           :
                                                                   X
------------------------------------------------------------------

ROSS, United States District Judge:

By letter dated March 18, 2005, defendant requested permission to bring a motion to dismiss. The court directs that defendant's motion shall be briefed according to the following schedule: the motion and supporting papers, if any, shall be served no later than May 18, 2005; plaintiff's response and supporting papers, if any, shall be served no later than June 1, 2005; and defendant's reply, if any, shall be served no later than June 8, 2005. The fully briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than June 8, 2005. This schedule may be altered only with the permission of the Court.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Allyne R. Ross
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 20, 2005
　　　　Brooklyn, New York

SERVICE LIST:

<pre>
Attorney for Plaintiff
Thomas F. Bello
Thomas F. Bello, Esq. P.C.
515 Bement Avenue
Staten Island, NY 10310

Attorney for Defendant
David E. Potter
Lazare, Potter & Giacovas, L.L.P.
950 Third Avenue
New York, NY 10022
</pre>