LAZARE POTTER GIACOVAS & KRANJAC LLP
950 Third Avenue
New York, NY 10022
(212) 758-9300

Attorneys for Defendants
Certified Moving and Storage Co., LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT CARROLL,

              Plaintiff,

-against-

CERTIFIED MOVING AND STORAGE CO., LLC,

              Defendant.

Case Number: 04 CV 10097 (BSJ) (AJP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including any and all cross-claims or counterclaims, is hereby dismissed with prejudice, without costs or disbursements to any party as against any other. This stipulation may be filed with the Clerk of the Court without further notice to any party. A facsimile copy may be filed with the same force and effect as that of an original.


Dated: New York, New York
August 16, 2006

*[signature]*
Thomas Bello, Esq.
515 Bement Avenue
Staten Island, New York 10310
(718) 981-9191
Attorney for Plaintiff,
Robert Carroll

*[signature]*
Marci Goldstein, Esq.
LAZARE POTTER GIACOVAS &
KRANJAC LLP
950 Third Avenue
New York, New York, 10022
(212) 758-9300
Attorneys for Defendant,
Certified Moving & Storage Co., LLC

So ordered.   , /s/ RLM
8/21/06

1